# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOUSING AUTHORITY OF ASHLAND, AL, SOUTHERN DEVELOPMENT COMPANY OF ASHLAND, LTD., SOUTHERN DEVELOPMENT COMPANY OF ASHLAND #2, LTD., and SOUTHERN DEVELOPMENT COMPANY, LLC, | ) Case No. 1:20-cv-01905-ACA ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## JOINT STATUS REPORT FOLLOWING MEDIATION AND MOTION TO EXTEND (OR STAY) DEADLINES

Plaintiff, United States of America, and Defendants, Housing Authority of Ashland, AL, Southern Development Company of Ashland, Ltd., Southern Development Company of Ashland #2, LTD., and Southern Development Company, LLC, (collectively "the Parties") by and through the undersigned counsel, respectively submit this joint status report pursuant to the Court's Mediation Order, ECF No. 68, to report that a settlement was reached at their November 14, 2022 court-ordered mediation. Upon recommendation by the mediator, the Parties further move the Court to grant a 2-week extension of

1

time for the November 30, 2022 dispositive motion deadline under the Amended Scheduling Order, ECF No. 44, (or to stay all remaining litigation deadlines) to allow the Parties to finalize and file a proposed Consent Decree resolving all claims.

At mediation, the Parties reached an agreement in principle to resolve all claims in this matter pending before this Court. The parties reached agreement as to monetary relief, reached agreement in principle as to injunctive relief, and are working diligently to finalize particular language to be included in the proposed Consent Decree. The parties hope to submit the signed proposed Consent Decree to the Court no later than November 30, 2022.

Respectfully submitted this 15th day of November, 2022.

Attorneys for Plaintiff United States of America:

*s/ Carla Ward*
CARLA C. WARD
Assistant United States Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203
Phone: (205) 244-2185
Fax: (205) 244-2181
Carla.Ward@usdoj.gov

*s/ Kathryn Legomsky*
KATHRYN LEGOMSKY
NATHAN SHULOCK
AURORA BRYANT
Trial Attorneys
Housing and Civil Enforcement
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW 4CON
Washington, D.C. 20530
Phone: (202) 616-2450
Fax: (202) 514-1116
Kathryn.Legomsky@usdoj.gov

Attorneys for Defendant Housing Authority of Ashland Alabama:

        *s/ Brandi B. Frederick*
        Richard W. Lewis (ASB-1812-L75R)
        Brandi B. Frederick (ASB-4725-B59B)
        Austill Lewis Pipkin & Maddox, P.C.
        600 Century Park South, Suite 100
        Birmingham, AL 35226
        Phone: (205) 870-3767
        Fax: (205) 870-3768
        r-lewis@maplaw.com
        bfrederick@maplaw.com

Attorneys for Defendants Southern Development Company of Ashland LTD, Southern Development Company of Ashland #2, Southern Development Company LLC:

        *s/ Stacy L. Moon*
        Stacy L. Moon, Esq.
        Jeremy W. Richter, Esq.
        Gordon, Rees, Scully, Mansukhani
        420 North 20th Street, Suite 2200
        Birmingham, AL 35203
        205-980-8200
        smoon@grsm.com; jrichter@grsm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2022, I served the foregoing by the CM/ECF system to all counsel of record:

        *s/ Stacy L. Moon*
        Stacy L. Moon